CITY OF TRENTON ET AL., RESPONDENTS, v. RIDER
COLLEGE ET AL., APPELLANTS.

Argued February 4, 1942—Decided April 23, 1942.

For the respondents, *Louis Josephson*.

For the appellant, *William J. Egan* and *Robert L. Hood*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, HEHER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.